1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE FATHE RUSH,<br>　　　Plaintiff,<br>　　v.<br>Commissioner of Social Security,<br>　　　Defendant. | CIVIL NO. 1:24-cv-00772-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 16) |

　　　IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

　　　Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

　　　This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

///

///

///

///

///

Dated: November 26, 2024      */s/ Francesco Benavides*
                              FRANCESCO BENAVIDES
                              Attorney for Plaintiff
                              *Authorized via e-mail on November 26, 2024


                              PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Social Security Administration

                        By:   */s/ Erin Jurrens*
                              ERIN JURRENS
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

**ORDER**[1]

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant, and to terminate as moot Plaintiff's pending motion for summary judgment. (ECF No. 12).

IT IS SO ORDERED.

Dated: __November 26, 2024__          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties consented to the jurisdiction of the undersigned "for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1)." See ECF No. 10.